**DAVID M. REAVES**
CHAPTER 12 TRUSTEE
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DAVID LESTER MITTENDORF and<br>DONNA FRANCES MITTENDORF,<br><br>Debtors. | Case No. 2:11-bk-23401-EPB<br><br>Chapter 7<br><br>**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NUMBER 7 AND NUMBER 18 FILED BY THE INTERNAL REVENUE SERVICE** |

DAVID M. REAVES, duly appointed, qualified and acting trustee ("Trustee") in the above-captioned estate, respectfully objects to Proof of Claim Nos. 7 and 18 filed herein by the Internal Revenue Service, as follows:

1. On or about August 15, 2011, David Lester MIttendorf and Donna Francis Mittendorf ("Debtors") filed a voluntary Chapter 12 bankruptcy petition commencing the above-captioned case, and David M. Reaves was appointed Chapter 12 trustee.

2. The Court set a proof of claims bar date of December 21, 2011. On August 24, 2011, the IRS filed Claim No. 7 in the amount of $60,101.19 as a priority tax claim, and on December 8, 2011, filed an amended Claim No. 7 in the amount of $55,345.35, again as a priority tax claim. On March 9, 2012, the IRS filed Claim No. 18, asserting a priority claim of $55,145.35, and an unsecured claim of $23,811.80. At about the same

time, on March 14, 2012, the Debtors filed an amendment to Claim No. 7, asserting on behalf of the IRS a claim in the amount of $78,957.15.

3. On or about September 29, 2011, this Court entered its *Order Confirming Chapter 12 Plan and Approving Professional Fees and Costs* (the "Confirmation Order") [Dkt. No. 33]. Pursuant to the Debtors' Chapter 12 Plan, the priority tax claims were to be paid in full through the plan, with interest at the legal rate.

4. Trustee has paid the total sum of $56,705.00 to the IRS in connection with the priority tax claim, with interest. A balance of $22,252.15 remains unpaid as a general unsecured claim.

5. Trustee objects to Claims No. 7 and 18. Claim No. 7, as amended, is a duplicate of Claim No. 18. Trustee is informed and believes that Amended Claim No. 7 was filed out of an abundance of caution by the Debtors, not knowing that the IRS had filed a new Claim No. 18, rather than filing an amendment to Claim No. 7.

6. Trustee recommends that Claim No. 7 be disallowed as duplicative of Claim No. 18. Trustee further recommends that Claim No. 18 be allowed as a general unsecured claim in the amount of $22,252.15.

NOTICE IS GIVEN that the above claim be allowed in the amount and with the priority as recommended above by the Trustee unless on or before fourteen (14) days from mailing, the Claimant either: (i) sends, with a copy of this notice, proper documentation to the Trustee establishing the correct claim amount and receives from the Trustee a withdrawal of objection; or (ii) files and serves a response to the objection with the Clerk of the Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, and mails a copy thereof to the Trustee at: Post Office Box 44320, Phoenix, Arizona 85064-4320. If the Claimant timely files and serves a response to the objection, the Trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the Claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the Claimant.

Dated this 10th day of November, 2016.

By: /s/ *David M. Reaves*
David M. Reaves,
Chapter 7 Trustee

COPY of the foregoing MAILED
this 10th day of November, 2016, to:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Claimant

Internal Revenue Service
4041 N. Central Avenue
M/S MS 5014
Phoenix, AZ 85012-5000
Claimant

David and Donna Mittendorf
813 E. Harvard Avenue
Gilbert, AZ 85234
Debtors

Kelly G. Black
Kelly G. Black, PLC
1152 E. Greenway St, Ste 4
Mesa, Arizona 85203
Debtors' Attorney

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

/s/ *Kathleen Arnold*

3

Case 2:11-bk-23401-EPB    Doc 55    Filed 11/10/16    Entered 11/10/16 15:26:43    Desc
Main Document    Page 3 of 3